UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW LEONARD et al., | CASE NO. C22-0094-KKE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MCMENAMINS INC, | |
| Defendant. | |

The parties came before the Court for oral argument on Plaintiffs' two pending motions to compel. Dkt. Nos. 39, 49. An order on the merits of the motions is forthcoming. In the meantime, and consistent with the Court's oral rulings, the Court ORDERS as follows:

1. Plaintiffs shall refile the documents at Dkt. No. 48 at 110–120 (scopes of work).

2. Defendant shall provide unredacted copies of the consultant report (Dkt. No. 43 at 26–46), engagement agreement (*id.* at 6–25), and scopes of work (Dkt. No. 48 at 110–120) to the Court for in camera review. These documents shall be emailed to the courtroom deputy at Diyana_Staples@wawd.uscourts.gov. Hard copies should also be provided to the clerk's office.

3. Consistent with Defendant's representations at the hearing, Defendant shall update its response to Plaintiffs' Request for Production Number Nine to include current operating budgets.

MINUTE ORDER - 1

4. Consistent with Defendant's representations at the hearing, Defendant shall provide its discovery search methodologies to Plaintiffs.

5. In accordance with this Court's practice, all future discovery motions must comply with the following procedure. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. If agreement is not possible, prior to the filing of any discovery motions, the Court directs the parties to request a conference with the Court. *See* Fed. R. Civ. P. 16(b)(3)(B)(v). The movant must submit a joint statement to the Court briefly identifying the issue(s) in dispute. The joint statement shall be no more than three pages and shall be filed via CM/ECF. Thereafter, the movant should contact the courtroom deputy at Diyana_Staples@wawd.uscourts.gov to schedule a conference.

Dated this 9th day of November, 2023.

Kymberly K. Evanson
United States District Judge

MINUTE ORDER - 2