UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW LEONARD et al., <br>     Plaintiff(s), <br><br> v. <br><br> MCMENAMINS INC, <br>     Defendant(s). | CASE NO. C22-0094-KKE <br><br> ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE |

This matter comes before the Court on Plaintiffs' motion to amend the case schedule. Dkt. No. 66. Consistent with the Court's oral ruling and for the reasons provided on the record, the Court GRANTS IN PART and DENIES IN PART Plaintiffs' motion (Dkt. No. 66) and ORDERS the case schedule amended as follows:

| Deadline | Original Deadline | New Deadline |
|---|---|---|
| FIVE DAY JURY TRIAL SET FOR 9:00 a.m. on | October 15, 2024 | October 15, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | March 19, 2024 | May 1, 2024 |
| Discovery must be completed by | April 18, 2024 | May 17, 2024 |
| All dispositive motions, motions for class certification, and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | May 20, 2024 | June 14, 2024 |

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE - 1

| All motions in limine must be filed by | September 10, 2024 | September 10, 2024 |
|---|---|---|
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | September 17, 2024 | September 17, 2024 |
| Trial briefs, proposed voir dire questions, and deposition designations due | September 17, 2024 | September 17, 2024 |
| Pretrial conference scheduled at 10:00 a.m. on | October 1, 2024 | October 1, 2024 |

Dated this 17th day of April, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE - 2