## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW LEONARD et al.,<br><br>        Plaintiffs,<br>  v.<br><br>MCMENAMINS INC,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C22-0094-KKE |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS Defendant's motion for summary judgment. The case is dismissed with prejudice.

Dated September 13, 2024.

Ravi Subramanian
Clerk of Court


*/s/ Serge Bodnarchuk*
Deputy Clerk
