THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW LEONARD, NICHOLAS DEGRASSE, JAMES FRAZIER, and CHARLES FRYE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCMENAMINS, INC.,<br><br>Defendant. | No. 2:22-cv-00094 KKE<br><br>DEFENDANT McMENAMINS, INC.'S MOTION FOR COSTS AND NECESSARY DISBURSEMENTS<br><br>NOTE ON MOTION CALENDAR: FRIDAY, OCTOBER 25, 2024 |

## I.  INTRODUCTION

Under Federal Rules of Civil Procedure 54(d), Local Civil Rule 54(d), 28 U.S.C. § 1920, and this Court's September 13, 2024 Order Granting Defendant McMenamins' Motion for Summary Judgment (Dkt. No. 117), Defendant McMenamins ("Defendant"), hereby moves for an award of costs incurred in connection with this litigation.

Defendant requests an award of $10,921.89 in costs. *See* Declaration of Christopher T. Wall ("Wall Decl."), Ex. 1.

## II.  FACTS AND PROCEDURAL BACKGROUND

Litigation of this case was commenced by the Complaint filed on January 28, 2022 (Dkt. No. 1). Wall Decl., ¶ 3. Defendant took the depositions of the named Plaintiffs as follows:

DEFENDANT McMENAMINS, INC.'S MOTION FOR COSTS AND NECESSARY DISBURSEMENTS (Cause No. 2:22-cv-00094 KKE) - 1

125496536.1 0026687-00085

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

| | |
|---|---|
| 1 | James H. Frazier V on May 3, 2024 |
| 2 | Andrew (Giles) C.E. Leonard on May 8, 2024 |
| 3 | Charles (Casey) J. Frye on May 14, 2024 |

4  Wall Decl., ¶ 4.

5  Defendant defended the depositions of 30(b)(6) designees as follows:

6      Joe Frazier on May 24, 2024

7      Conners McMenamin on May 28, 2024

8      Lisa Kenlsey on May 28, 2024

9  Wall Decl., ¶ 5.

10  Defendant moved for summary judgment on June 14, 2024 (Dkt. No. 86). This Court entered an order granting summary judgment (Dkt. No. 117) and final judgment (Dkt. No. 118) on September 13, 2024, dismissing Plaintiffs' claims with prejudice.

### III. LEGAL ANALYSIS

**A. Defendant Is the Prevailing Party and Is Therefore Entitled to Costs**

Under Rule 54 of the Federal Rules of Civil Procedure and Local Civil Rule 54(d), a "party in whose favor a judgment is rendered" may move the Court for an award from the non-prevailing party for costs "necessarily incurred in the case" and for fees for services that "were actually and necessarily performed." West. Dist. Wash. LCR 54(d)(1). The motion is considered by the Clerk. *Id.* § 54(d)(3). The costs requested for recovery are set forth by "declaration sworn under penalty of perjury by the party, an attorney of record, or an agent having knowledge of the facts." *Id.*, § 54(d)(1). Because the Court granted Defendant's motion for summary judgment and final judgment was entered in favor of Defendant, Defendant is the prevailing party and is entitled to recover costs from Plaintiffs, the non-prevailing party.

**B. The Cost of a Deposition Transcript is Recoverable as a Matter of Law**

As explained above, Defendant took the depositions of three of four the named Plaintiffs to discover facts relating to Plaintiffs' allegations. Wall Decl., ¶ 4. Defendant also defended the

DEFENDANT McMENAMINS, INC.'S MOTION FOR COSTS AND NECESSARY
DISBURSEMENTS (Cause No. 2:22-cv-00094 KKE) - 2

1  depositions the Defendant's 30(b)(6) designees. Defendant then ordered the deposition
2  transcripts and used portions of the transcripts as evidence in its Motion for Summary Judgment,
3  which was granted by this Court on September 13, 2024. *Id.*, ¶ 6. Defendant is therefore entitled
4  to recover from Plaintiffs the cost of ordering the deposition transcripts. 28 U.S.C. § 1920(2); *see*
5  *also Alflex Corp. v. Underwriters Lab'ys, Inc.*, 914 F.2d 175, 177 (9th Cir. 1990) (deposition
6  transcript recoverable cost under 28 U.S.C. § 1920). Additionally, Defendant ordered the
7  transcripts of the 30(b)(6) designee depositions taken by plaintiff for use in supporting its Motion
8  for Summary Judgment. Therefore, Defendant is also entitled to recover the expense of those
9  deposition transcripts. *Id.*, ¶ 8.

## IV.  CONCLUSION

For the foregoing reasons, and pursuant to 28 U.S.C. § 1920(2) and LCR 54(d)(1), Defendant hereby requests recovery from Plaintiffs costs in the amount of $10,921.89, which reflects the necessary costs incurred by Defendant in obtaining and using the deposition transcripts of the above-listed Plaintiffs and 30(b)(6) designees as evidence in its Motion for Summary Judgment, upon which Defendant was the prevailing party.

I certify that this memorandum contains 577 words, in compliance with the Local Rules.

*[Signature block follows on next page.]*

DEFENDANT McMENAMINS, INC.'S MOTION FOR COSTS AND NECESSARY DISBURSEMENTS (Cause No. 2:22-cv-00094 KKE) - 3

1  DATED: October 4, 2024.          STOEL RIVES LLP

2

3                                    *s/ Christopher T. Wall*
                                     Christopher T. Wall, WSBA No. 45873
4                                    600 University Street, Suite 3600
                                     Seattle, WA  98101-4109
5                                    Telephone: (206) 624-0900
                                     Email: christopher.wall@stoel.com
6

7                                    Karen L. O'Connor, WSBA No. 27012
                                     Nathan R. Morales, Admitted *Pro Hac Vice*
8                                    760 SW Ninth Avenue, Suite 3000
                                     Portland, OR  97205
9                                    Telephone: (503) 224-3380
                                     Email: karen.oconnor@stoel.com
10                                   Email: nathan.morales@stoel.com

11
                                     *Attorneys for Defendant McMenamins, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT McMENAMINS, INC.'S MOTION FOR COSTS AND NECESSARY
DISBURSEMENTS (Cause No. 2:22-cv-00094 KKE) - 4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in the above case.

DATED: October 4, 2024.

          STOEL RIVES LLP

          *s/ Brie Carranza*
          Brie Carranza, Practice Assistant

DEFENDANT McMENAMINS, INC.'S MOTION FOR COSTS AND NECESSARY DISBURSEMENTS (Cause No. 2:22-cv-00094 KKE) - 5

125496536.1 0026687-00085

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*